UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRIN ANTHONY KRAMER,

    Petitioner,

                                                  Case No. 1:05-cv-505

v

                                                  Hon. Wendell A. Miles

MARY BERGHUIS,

    Respondent.

_____/

## **JUDGMENT**

The court denies the petition for writ of habeas corpus as time-barred.

Entered this 26th day of January, 2006.

                                                   /s/ Wendell A. Miles
                                                   Wendell A. Miles
                                                   Senior U.S. District Judge